IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02398-REB-KMT

ANTERO ALANIZ,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the petitioner's **Motion To Dismiss Without Prejudice** [#17] filed January 21, 2009. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Without Prejudice** [#17] filed January 21, 2009, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE.**

Dated January 22, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge